**Julio Cesar MORALES, Petitioner-Appellant,**

v.

**Charles L. RYAN and Attorney General of the State of Arizona, Respondents-Appellees.**

### No. 15-17388

United States Court of Appeals, Ninth Circuit.

Submitted January 18, 2017 *

Filed January 23, 2017

Julio Cesar Morales, Pro Se

Terry Michael Crist, III, Assistant Attorney General, Arizona Attorney General's Office, Phoenix, AZ, for Respondents-Appellees

Before: TROTT, TASHIMA, and CALLAHAN, Circuit Judges.

## MEMORANDUM **

Arizona state prisoner Julio Cesar Morales appeals pro se from the district court's judgment denying his 28 U.S.C. § 2254 habeas corpus petition. We have jurisdiction under 28 U.S.C. § 2253. We review a district court's denial of a habeas corpus petition de novo, *see Stanley v. Cullen*, 633 F.3d 852, 859 (9th Cir. 2011), and we affirm.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

Morales contends that his second trial counsel rendered ineffective assistance by promising, but failing to obtain, a more favorable plea offer. The Arizona Court of Appeals' rejection of this claim was not contrary to, or an unreasonable application of, *Strickland v. Washington*, 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984), nor an unreasonable determination of the facts in light of the evidence presented in state court. *See* 28 U.S.C. § 2254(d); *Harrington v. Richter*, 562 U.S. 86, 100–103, 131 S.Ct. 770, 178 L.Ed.2d 624 (2011).

We treat Morales's additional argument as a motion to expand the certificate of appealability and deny the motion. *See* 9th Cir. R. 22–1(e); *Hiivala v. Wood*, 195 F.3d 1098, 1104–05 (9th Cir. 1999).

**AFFIRMED.**